# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN CAMP | * | |
|     PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO. 4:19CV00493 SWW |
| | * | |
| KRISPY KREME | * | |
|     DEFENDANT | * | |
| | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 25TH DAY OF JUNE, 2020.

<u>Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE